
**ORIGINAL**

FILED
AUG - 3 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
SILVERIO CAZARES ) Case No. 08-50491 SLJ
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)
_____ )

The final dividend to Creditor, CHASE BANK USA NA in the above entitled matter was returned marked: RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $88.47 as an unclaimed dividend.

   Claim # 10009    CHASE BANK USA NA
                            P O BOX 100018
                            KENNESAW, GA 30156-9104

Dated: August 02, 2011

                                            DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

**RECEIVED**
MAY 19 2010
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

CHASE BANK USA NA
P O BOX 100018
KENNESAW, GA 30156-9104

NIXIE        300    SC  1          00    05/16/10
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 95150001313              *1956-22540-12-4



02 1M
00 4264685
MAILED FROM ZIP CODE 95002
$ 00.44
PITNEY BOWES
MAY 12 2010

Case: 08-50491   Doc# 80   Filed: 08/03/11   Entered: 08/08/11 11:14:39   Page 2 of 2